**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-00757-LTB

WAYMARK PRODUCTS, LLC,

       Plaintiff,

v.

PSD INDUSTRIES, LLC,
ANTHONY R. SIRIANNI, and
PAUL C. McKAIN,

       Defendants.
_____

**ORDER FOR DEFAULT JUDGMENT**
_____

This matter comes before the Court on Plaintiff's Motion for Default Judgment (Doc 21 - filed June 4, 2014), and upon review of the Motion and file herein, finds that based on information provided by Plaintiff, the Clerk of this Court entered default of Defendants on May 7, 2014, pursuant to Fed. R. Civ. P. 55(a).  Accordingly, it is

ORDERED that default judgment shall enter in favor of Plaintiff and against Defendants jointly and severally in the amount of $202,434.40 which consists of $177,400.19 in principal, plus $16,071.21 in prejudgment interest from August 8, 2013 to June 1, 2014, plus $8,198.00 in attorney fees and $765.00 in costs incurred, plus statutory post-judgment interest pursuant to 28 U.S.C. § 1961 until the Judgment is fully satisfied, and attorney fees and costs incurred to enforce this Judgment.  It is

FURTHER ORDERED that if Plaintiff incurs additional attorney fees and costs concerning this matter after June 4, 2014, this Default Judgment may be amended to include such fees and costs by motion accompanied by a bill of such additional attorney fees and costs.

BY THE COURT:


s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   June 5, 2014